**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

LUCAS WILLIAMS,                                        :
                                                       :
     Plaintiff,                                    :
                                                       :
v.                                                     :          CASE NO.: 7:26-CV-00002 (WLS)
                                                       :
SERGIO JIMENEZ, *et al.*,                              :
                                                       :
     Defendants.                                   :
                                                       :

## ORDER

Previously, on January 9, 2026, the Court entered an Order (Doc. 3) granting Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2). In conducting a review of Plaintiff's complaint, as required by 28 U.S.C. § 1915(e), the Court concluded that it lacked sufficient allegations from which the Court could determine whether Plaintiff's case is properly filed in this Court. The complaint also does not include any specific factual allegation or claims against any of the named Defendants. As such, the Court ordered Plaintiff to recast his complaint by no later than Friday, January 30, 2026. Plaintiff was warned that failure to comply with the Court's instructions could result in the dismissal of his case. To date, Plaintiff has not filed a recast complaint, and the deadline set forth in the Court's previous Order (Doc. 3) has expired.

The Court will allow Plaintiff one final opportunity to comply with the Court's Order by recasting his complaint. Plaintiff must pay the fee or file the IFP Application **within twenty-one (21) days** of the entry of this Order, or **by no later than Tuesday, April 14, 2026**. Plaintiff is once again **NOTICED** that failure to timely comply with this Order will result in his case being dismissed without further notice or proceedings.

**SO ORDERED**, this 24th day of March 2026.

                             **/s/ W. Louis Sands**
                             **W. LOUIS SANDS, SR. JUDGE**
                             **UNITED STATES DISTRICT COURT**