IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LUCAS WILLIAMS,                                    *

           Plaintiff,                          *

v.                                                             Case No. 7:26-cv-2 (WLS)

                                            *

SERGIO JIMENEZ, et al.,

                                            *

           Defendants.

_____                 *

**J U D G M E N T**

Pursuant to this Court's Order dated April 16, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 17th day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk